IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| XAVIERE HATTON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITURATED,<br>          PLAINTIFF,<br><br>V.<br><br>TONY DOE, "LEFTI" DOE, DOE MANAGERS 1 THROUGH 10, AND DOES 1 THROUGH 10,<br>          DEFENDANTS. | §§§§§§§§§§§§ CAUSE NO. 1:21-CV-224-LY |

## FINAL JUDGMENT

Before the court is the above-styled and numbered cause. On May 3, 2021, the court dismissed Plaintiff Xaviere Hatton's claims against Defendats Karamolegkos Eleftherios individually and d/b/a Diva's Men's Club, Justin Kerr, Deleon Burleson, and Harry Karr without prejudice (Doc. #10). On August 6, 2021, the court signed an order granting Hatton's Motion for Dismissal Without Prejudice of All Claims Against Remaining Defendants Tony Doe, "Lefti" Doe and Doe Managers 1 Through 10 and Does 1 Through 10 filed August 4, 2021 (Doc. #12). As nothing remains to resolve, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this 13th day of August, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE